*Warner Auto., Inc.*, 171 N.C. App. 1, 5, 613 S.E.2d 715, 719 (emphasis added) (citation omitted), *aff'd per curiam*, 360 N.C. 169, 622 S.E.2d 492 (2005). Because the Commission has failed to make crucial findings of fact, its findings are insufficient to support the conclusion that plaintiff did not suffer "an 'injury by accident arising out of and in the course of employment' " and thus is not entitled to worker's compensation. *Cardwell*, —— N.C. App. at ——, 698 S.E.2d at 135. Therefore, we reverse the Court of Appeals opinion affirming the opinion and award of the Industrial Commission and remand to that court for further remand to the Commission for additional proceedings not inconsistent with this opinion.

REVERSED AND REMANDED.

———————————

MICHAEL C. MUNGER, BARBARA HOWE, AND MARK WHITELEY CARES v. STATE OF NORTH CAROLINA; JAMES T. FAIN, III, SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF COMMERCE, IN HIS OFFICIAL CAPACITY; REGINALD HINTON, ACTING SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF REVENUE, IN HIS OFFICIAL CAPACITY; DAVID T. McCOY, STATE BUDGET OFFICER FOR THE OFFICE OF STATE BUDGET AND MANAGEMENT, IN HIS OFFICIAL CAPACITY; MICHAEL F. EASLEY, GOVERNOR OF THE STATE OF NORTH CAROLINA, IN HIS OFFICIAL CAPACITY; GOOGLE INC.; AND MADRAS INTEGRATION, LLC

No. 130PA10

(Filed 4 February 2011)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, —— N.C. App. ——, 689 S.E.2d 230 (2010), affirming an order dismissing all claims for relief filed by plaintiffs entered on 14 November 2008 by Judge Paul C. Ridgeway in Superior Court, Wake County. Heard in the Supreme Court 11 January 2011.

*Robert F. Orr and Jeanette K. Doran for plaintiff-appellants.*

*Roy Cooper, Attorney General, by Norma S. Harrell, Special Deputy Attorney General, for defendant-appellees State of North Carolina, James T. Fain, III, Reginald Hinton, David T. McCoy, and Michael F. Easley.*

*Womble Carlyle Sandridge & Rice, PLLC, by Burley B. Mitchell, Jr. and Pressly M. Millen, for defendant-appellees Google Inc. and Madras Integration, LLC.*

**STATE v. FREEMAN**

[365 N.C. 4 (2011)]

*Troutman Sanders LLP, by William G. Scoggin, for North Carolina Economic Developers Association and the N.C. Chamber, amici curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice JACKSON did not participate in the consideration or decision of this case.

———

STATE OF NORTH CAROLINA v. ARTIVES JEROD FREEMAN

No. 113PA10

(Filed 4 February 2011)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ––– N.C. App. –––, 690 S.E.2d 17 (2010), ordering a new trial following a judgment imposing a sentence of life imprisonment without parole upon a jury verdict finding defendant guilty of first-degree murder and a judgment imposing a concurrent term of imprisonment for another conviction, both entered on 2 September 2008 by Judge Albert Diaz in Superior Court, Mecklenburg County. Heard in the Supreme Court 10 January 2011.

*Roy Cooper, Attorney General, by Robert C. Montgomery, Special Deputy Attorney General, for the State-appellant.*

*Staples S. Hughes, Appellate Defender, by Benjamin Dowling-Sendor, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.